| | | | |
|---|---|---|---|
| Com. v. Smith | 08/25/2016 146 EAL (2016) | Denied | Pa.Super., 144 A.3d 193 |
| Com. v. Sosa | 08/23/2016 139 EAL (2016) | Denied | Pa.Super., 144 A.3d 186 |
| Com. v. Spring [21] | 09/06/2016 191 WAL (2016) | Denied | Pa.Super., 145 A.3d 780 |
| Com. v. Srock | 08/10/2016 175 MAL (2016) | Denied | Pa.Super., 141 A.3d 586 |
| Com. v. Stockton | 08/17/2016 160 EAL (2016) | Denied | Pa.Super., 144 A.3d 200 |
| Com. v. Thomas | 08/30/2016 159 EAL (2016) | Denied | Pa.Super., 141 A.3d 585 |
| Com. v. Titus | 08/10/2016 203 MAL (2016) | Denied | Pa.Super., 141 A.3d 596 |
| Com. v. Tri Thanh Nguyen [22] | 08/24/2016 227 MAL (2016) | Denied | Pa.Super., 144 A.3d 202 |
| Com. v. Trollinger | 08/10/2016 892 MAL (2015) | Denied | Pa.Super., 134 A.3d 108 |
| Com. v. Voneida | 08/30/2016 266 MAL (2016) | Denied | Pa.Super., 136 A.3d 1025 |
| Com. v. Wall | 08/24/2016 161 EAL (2016) | Denied | Pa.Super., 144 A.3d 202 |
| Com. v. Waltemyer | 08/17/2016 282 MAL (2016) | Denied | No. 975 EDA 2015 |
| Com. v. Wells | 08/16/2016 112, 114, 115 EAL (2016) | Denied | Pa.Super., 141 A.3d 602 |

21. Justice MUNDY did not participate in the consideration or decision of this matter.

22. Justice MUNDY did not participate in the consideration or decision of this matter.